# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH



### NO. 02-10-00477-CV

ALPHA TESTING, INC.                                          APPELLANT

V.

J. NEAL TURNER AND WIFE,                                     APPELLEES
KERIE B. TURNER

-----------

### FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant's Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

-----------
[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  February 3, 2011